# Kennedys

August 4, 2025

22 Vanderbilt Avenue
24th Floor
New York, NY 10017
USA

**Via ECF**

**t** +1 212.252.0004
**f** +1 212.832.4920

Judge Tonianne J. Bongiovanni
United States District Court
District of New Jersey

**kennedyslaw.com**

**t** +1 845 422 9850

Laura.Dowgin@kennedyslaw.com

August 4, 2025

RE: *West Bend Insurance Company v. United States of America Chess Federation, et al.*, **3:24-cv-11445-MAS-TJB**

Related Case: *Jennifer Shahade v. United States of America Chess Federation et al*, **3:24-cv-07909-MAS-TJB**

Dear Judge Bongiovanni:

This office is counsel to Plaintiff, West Bend Insurance Company, f/k/a West Bend Mutual Insurance Company ("West Bend") in this insurance coverage declaratory judgment action. This action concerns the availability of insurance coverage for United States of America Chess Federation ("U.S. Chess") for liability that may be imposed on it arising out of *Jennifer Shahade v. United States of America Chess Federation et al*, also pending before this Court under Docket No. 3:24-cv-07909-MAS-TJB (the "Underlying Action").

This office recently became aware, by review of the public docket in the Underlying Action, that there is a full-day settlement conference scheduled before Your Honor on August 6, 2025 at 11:30 a.m. in Trenton – Courtroom 6E. As the Court has ordered a client with settlement authority to appear, in addition to counsel, a West Bend representative will be at the conference. I have spoken to counsel for U.S. Chess about West Bend's desire that I also appear at the settlement conference, given that coverage issues are likely to arise when discussing the potential resolution of the Underlying Action. U.S. Chess' counsel has indicated her objection to my appearance.

In order to make the settlement conference productive and in the interest of judicial economy, I write to respectfully request that the Court include this action in the settlement conference

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:* Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

**Kennedys**

currently scheduled in the Underlying Action so that this office may also participate..

Yours sincerely,

**Laura B. Dowgin**
Partner
for Kennedys